JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| OSER COMMUNICATIONS GROUP INC., a Arizona corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SOLAR ENERGY TRADE SHOWS, LLC, a Delaware limited liability company d/b/a SOLAR POWER INTERNATIONAL 2009 and d/b/a SOLAR POWER 2010, and d/b/a SOLAR POWER INTERNATIONAL 2011; SOLAR ELECTRIC POWER ASSOCIATION, a, unknown entity, SOLAR ENERGY INDUSTRIES ASSOCIATION, an unknown entity; DOES 1-10, ROE CORPORATIONS 1-10, ZOE LIMITED LIABILITY COMPANIES 1-10,<br><br>Defendants. | CASE NO. SACV-12-1534 DOC (JPRx)<br><br>**ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>**COMPLAINT FILED: 08/07/2012**<br>**TRIAL DATE:           01/28/2014** |

# ORDER

Based upon the Stipulation to Dismiss Entire Action with Prejudice, the Court will and does hereby dismiss with prejudice the entire action by Plaintiff Oser Communications Group, Inc. and former Plaintiff Oser Communications Group, LLC, against all Defendants—including Solar Energy Trade Shows, LLC, d/b/a Solar Power International 2009 and d/b/a Solar Power 2010 and d/b/a Solar Power International 2011 ("SETS"), Defendant Solar Electric Power Association ("SEPA"), and Defendant Solar Energy Industries Association ("SEIA")—with prejudice and with each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: March 13, 2013

_____
Honorable David O. Carter,
District Court Judge